```
ALEXANDER B. CVITAN (SBN 81746) and                    closed 12/11/09
MARSHA M. HAMASAKI, (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-
Telephone:  (213) 386-3860
Facsimile:  (213) 386-5583
Email: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>     vs.<br><br>P.K. NEILL MASONRY INC., a California corporation also known as P.K. NEILL MASONRY CORP.,<br><br>           Defendant. | CASE NUMBER<br><br>CV 09-3853 CAS (RZx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between the Plaintiff and Defendant, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT Judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA;

-1-

1 | CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA;
2 | LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN
3 | CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR
4 | CONTRACT COMPLIANCE; and LABORERS CONTRACT ADMINISTRATION TRUST
5 | FUND FOR SOUTHERN CALIFORNIA, and against Defendant, P.K. NEILL
6 | MASONRY INC., a California corporation also known as P.K. NEILL
7 | MASONRY CORP., in the principal sum of $27,010.88 covering the
8 | period from January 1, 2004 to May 30, 2009.

9 |
10 | DATED: 1/25/10
11 | _____
    CHRISTINA A. SNYDER, JUDGE OF THE
    UNITED STATES DISTRICT COURT FOR
12 | THE CENTRAL DISTRICT OF CALIFORNIA

13 |
14 |
15 |
16 | Submitted by:
17 | ALEXANDER B. CVITAN, and
    MARSHA M. HAMASAKI, Members of
18 | REICH, ADELL & CVITAN
    A Professional Law Corporation
19 |
20 | By: _____/s/_____
         MARSHA M. HAMASAKI
21 |     Attorneys for Plaintiff
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-2-